# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

        Plaintiff,

        v.                                 CASE NO. 14-10200-03-EFM

**RICKY L. SWANSON,**

        Defendant.

### UNITED STATES' MOTION TO DISMISS

Comes now, the United States of America, by and through its attorney, Debra L. Barnett, Assistant United States Attorney, for the District of Kansas, and moves the Court for an order dismissing the indictments filed herein against defendant Ricky L. Swanson without prejudice, due to the death of defendant.

Wherefore, counsel for the United States moves the Court for an order dismissing the charges contained in the indictments herein against defendant Ricky L. Swanson without prejudice.

                                THOMAS E. BEALL
                                United States Attorney

                                /s/ Debra L. Barnett
                                DEBRA L. BARNETT
                                Assistant United States Attorney
                                United States Attorney's Office
                                301 N. Main, Suite 1200
                                Wichita, Kansas 67202
                                316-269-6481
                                K.S.Ct.No. 1272
                                debra.barnett@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant U.S. Attorney
